**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Julio C. PANTOJA, Defendant–
Appellant.**

No. 06–30301.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 27, 2006.*

Filed Dec. 1, 2006.

James P. Hagarty, Esq., USYA–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Tracy A. Staab, Esq., FPDWA–Federal Public Defender's Office (Eastern Washington & Idaho), Spokane, WA, for Defendant–Appellant.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, appellee's motion for summary affirmance of the district court's judgment is granted. *See United States v. Weaver,* 433 F.3d 1104 (9th Cir.2006); *United States v. Murillo,* 422 F.3d 1152 (9th Cir.2005).

All pending motions are denied as moot.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

